## Commonwealth *v.* Tate, Appellant.

Submitted September 13, 1971.

*David Berger* and *Howard L. Schambelan,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Kratz *v.* Hayes et ux., Appellants.

Argued September 16, 1971. *Jacob J. Kilimnik,* for appellants; *P. Salkin,* with him *Stanford S. Hunn,* and *Pearlstine, Salkin, Hardiman, Robinson, Hunn & Meinzer,* for appellee.

Order affirmed.